Alessandro D'ATRIA, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. April 21, 1924.) No. 301. In Error to the District Court of the United States for the Southern District of New York. Writ of error to judgment of conviction entered in the

District Court for the Southern District of New York. Miele & Castellano and Vine H. Smith, all of New York City (Roger O'Donnell, of Washington, D. C., of counsel), for plaintiff in error. William Hayward, U. S. Atty., of New York City (Moses Polakoff, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.